**[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1213.]**

**YOUNGBIRD ET AL., APPELLANTS, *v*. WHIRLPOOL CORPORATION, APPELLEES ET AL.**

**[Cite as *Youngbird v. Whirlpool Corp.*, 1995-Ohio-83.]**

*Appeal dismissed as improvidently allowed.*

(No. 94-612—Submitted April 19, 1995—Decided June 7, 1995.)

APPEAL from the Court of Appeals for Hancock County, No. 5-93-17.

————————————

*Williams, Jilek, Lafferty & Gallagher Co., L.P.A*., and *Drew R. Masse,* for appellants.

*Robert M. Anspach Associates, Robert M. Anspach* and *J. Roy Nunn*, for appellee.

————————————

**{¶ 1}** The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

————————————